

**Driving progress**
**through partnership**

**Timothy M. Relich**
Direct Phone:  +1 412 288 5742
Email:  trelich@reedsmith.com

Global Solutions - Pittsburgh
20 Stanwix Street
Pittsburgh, PA 15222-4899
+1 412 288 3330
Fax +1 412 288 3063
reedsmith.com

July 31, 2020

Clerk of Judicial Records
Lackawanna County Government Center
123 Wyoming Avenue, First Floor
Scranton, PA 18503

RE:    *Brian Beckhorn v. Synchrony Bank*, Case No. 20-cv-2517

Dear Clerk of Judicial Records:

Enclosed please find Notification of Notice of Removal of the above-entitled action and a corresponding Notice of Removal, which is being filed via ECF in the United States District Court for the Middle District of Pennsylvania and served upon counsel for the Plaintiff via first-class U.S. Mail, postage prepaid.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Timothy M. Relich
Reed Smith LLP

Enclosures

cc:    Brett Freeman, *Counsel for Plaintiff*

**IN THE COURT OF COMMON PLEAS**
**LACKAWANNA COUNTY, PENNSYLVANIA**

| | |
|---|---|
| BRIAN BECKHORN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 20-cv-2517 |
| | : |
| SYNCHRONY BANK, | : |
| | : |
| Defendant. | : |
| | : |
| | : |
| | : |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on this date Defendant Synchrony Bank, by counsel, filed a Notice of Removal in the above-captioned matter in the United States District Court for the Middle District of Pennsylvania. A copy of the Notice of Removal is attached hereto as **Exhibit A.** Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

Dated: July 31, 2020                    Respectfully submitted,

By: _Timothy Relich_
Timothy Relich (PA # 312113)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-7675
Fax: (412) 288-3063
*Attorneys for Defendant Synchrony Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2020, a true and correct copy of the foregoing was served via first-class U.S. Mail, postage prepaid, upon the following:

Brett Freeman
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
Brett@SabatiniLawFirm.com

*Attorney for Plaintiff Brian Beckhorn*

**REED SMITH LLP**

By:
Timothy Relich (PA # 312113)
Reed Smith LLP
20 Stanwix Street
Suite 1200
Pittsburgh, PA 15222
Tel: (412) 288-5742
Fax: (412) 288-3063
*Attorneys for Defendant Synchrony Bank*

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN BECKHORN, | Case No.: |
| PLAINTIFF, | |
| VS. | [Removal from the Court of Common Pleas of Lackawanna County, Case No.: 20-cv-2517] |
| SYNCHRONY BANK, | |
| DEFENDANT. | |

### NOTICE OF REMOVAL

Defendant Synchrony Bank ("Synchrony") hereby removes the above-captioned action from the Lackawanna County Court of Common Pleas to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  Removal is warranted under 28 U.S.C. § 1441(a) because this is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331.  Plaintiff's cause of action arises under the laws of the United States and Lackawanna County is the county of origin for purposes of removal under 28 U.S.C. § 1441(a).

## I.    PROCEDURAL BACKGROUND

1.    Synchrony is a named defendant in a lawsuit that was filed on June 29, 2020 in the Lackawanna County Court of Common Pleas, captioned *Brian Beckhorn v. Synchrony Bank*, Case No. 20-cv-2517 (hereinafter the "State Court Action").  A copy of the Complaint in the State Court Action is attached as "**Exhibit A**."

2.      On July 6, 2020, Synchrony received a copy of the Complaint in the State Court Action.  *See* "**Exhibit B**."

3.      Synchrony filed this Notice of Removal on July 31, 2020.

4.      The removal is timely because it is filed within 30 days of being served with the Claim.  *See* 28 U.S.C. § 1446(b).

## II.     <u>REMOVAL IS PROPER AS THIS CASE INVOLVES A FEDERAL STATUTE</u>

5.      Synchrony removes this case on grounds of federal-question jurisdiction pursuant to 28 U.S.C. § 1331.

6.      Plaintiff's Complaint is removable under 28 U.S.C. § 1441 because it originally could have been filed in this Court under 28 U.S.C. § 1331, in that Plaintiff brings a cause of action against Synchrony under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. Specifically, Plaintiff alleges that "Defendant caused to be made an unknown number of calls to Plaintiff's cell phone number." Compl. ¶ 12.  Plaintiff further alleges that "the calls made to Plaintiff's cell phone were made using either an automatic telephone dialing system, as that term is defined in 47 U.S.C. § 227(a)(1), or an artificial or prerecorded voice." *Id*. ¶ 16.

7.      Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the…laws…of the United States." "[A]ny civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants

to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. §1441(a).

8.    Pursuant to 28 U.S.C. §§ 84(b) and 1441(a), venue is proper and this case is properly removed to this Court because the United States District Court for the Middle District of Pennsylvania embraces Lackawanna County, where Plaintiff's action is pending.

9.    There are no other cases related to the instant action, and Synchrony has not attempted to remove this case previously.

10.    Synchrony is the sole defendant in this case and, as such, the requirements of 28 U.S.C. §§ 1446(b)(2)(a), requiring that all served defendants consent to removal, have been met.

11.    Synchrony hereby reserves any and all rights to assert any and all defenses to Plaintiff's Complaint, including, but not limited to, insufficiency of process, lack of personal jurisdiction, and improper venue.

**WHEREFORE**, Synchrony Bank, respectfully removes Plaintiff's action from the Lackawanna County Court of Common Pleas to this Court, pursuant to 28 U.S.C. § 1441, and requests that further proceedings be conducted in this Court as provided by law.

Dated: July 31, 2020                    Respectfully submitted,

                                        By: */s/ Jonathan M. Marmo*
                                        Jonathan M. Marmo (PA # 312669)
                                        Reed Smith LLP
                                        225 Fifth Avenue
                                        Pittsburgh, PA 15222
                                        Tel: (412) 288-7675
                                        Fax: (412) 288-3063
                                        *Attorneys for Defendant Synchrony Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF filing system, which will serve it on the following counsel of record:

Brett Freeman
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
Brett@SabatiniLawFirm.com

*Attorney for Plaintiff Brian Beckhorn*

## REED SMITH LLP

By: */s/ Jonathan M. Marmo*
Jonathan M. Marmo (PA # 312669)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-7675
Fax: (412) 288-3063
*Attorneys for Defendant Synchrony Bank*